IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02882-GPG-NRN

HEYSEED, LLC d/b/a DRAM APOTHECARY, a Colorado company,

     Plaintiff,

v.

LEE SPIRITS COMPANY, INC. d/b/a SONDER LIBATIONS CO., a Colorado company, and
JEREMY WORLEY, an individual,

     Defendants.

_____

**MOTION TO FILE DOCUMENT WITH DOCUMENT RESTRICTION LEVEL 1, BY PLAINTIFF**
_____

     Plaintiff, by undersigned counsel of record, under D.C.ColoLCivR 7.2, respectfully presents its motion to file a document with Restriction Level 1 as an exhibit to its response to the motion for summary judgment (Doc. 35, filed 12/4/23) filed by defendant, Lee Spirits Company, Inc. d/b/a Sonder Libations Co. (Lee Spirits).

     **Certification regarding conferral:** Undersigned counsel of record for plaintiff conferred in good faith with counsel for all defendants, who advised defendants do not oppose the relief requested herein.

     1.     This is a trade dress infringement case.

     2.     On December 26, 2023, plaintiff filed its response to Lee Spirits' motion for summary judgment (Doc. 35, filed 12/4/23).  Exhibit 20 to the response is an alternative can design created by defendant, Jeremy Worley.  Mr. Worley designated the document as "Attorney Eyes Only" under the Protective Order for this case (Doc. 32, filed 3/31/23).

     3.     The interest to be protected is asserted by defendant, Jeremy Worley, who maintains the document contains proprietary information about a non-public design.

4.      To comply with ¶ 12 of the Protective Order, plaintiff moves the Court to allow filing of the document as Restriction Level 1 under D.C.ColoLCivR 7.2.

5.      No party will be prejudiced by the relief requested through this motion and it is sought for proper purposes.

WHEREFORE, plaintiff respectfully requests an Order allowing Exhibit 20 of plaintiff's response to Lee Spirits' motion for summary judgment to be filed Restricted Level 1 under D.C.ColoLCivR 7.2.

Dated: December 27, 2023                    Respectfully submitted,

                                            _s/ Patrick A. Singer_____
                                            Patrick A. Singer
                                            Kresl & Singer, P.C.
                                            130 Rampart Way, Ste. 200
                                            Denver, CO 80230
                                            Phone: (303) 336-2100
                                            Fax: (303) 388-1749
                                            psinger@kreslsinger.com
                                            *Attorney of record for plaintiff, Heyseed, LLC d/b/a DRAM Apothecary*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2023, a true and correct copy of the foregoing was served by email to the following attorneys.

Lori K. Bell                                Nicole A. Westbrook
Taylor G. Ostrowski                         Jones Keller P.C.
Montgomery Amatuzio Chase                    1675 Broadway, 26th Floor
Bell Jones LLP                              Denver, Colorado 80202
4100 E Mississippi Avenue, 16th Floor        Telephone: (303) 573-1600
Denver, Colorado 80246                       Facsimile: (303) 573-8133
Phone: (303) 592-6600                        Email: nwestrbook@joneskeller.com
Fax: (303) 592-6666                         *Counsel of record for defendant,*
Email: tostrowski@mac-legal.com              *Jeremy Worley*
*Counsel of record for defendant,*
*Lee Spirits Company, Inc.*

_/s/ Patrick A. Singer_
Patrick A. Singer